STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
AVINADAB E COLON ABREU
ANA C VASQUEZ RAMIREZ    Chapter 13

Case No. 10-10059-ESL
Attorney Name: JAIME RODRIGUEZ-PEREZ

## I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [✓] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: November 30, 2010
Time: 2:01    Track: N.R.
[ ] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: TBD
Creditors: Conero - 1st Bank

## II. Oath Administered
[ ] Yes    [✓] No

## III. Documents Filed/Provided

[ ] Schedules
[ ] Statement of Financial Affairs (SOFA)
[ ] Statement of Current Monthly Income (SCMI)
[ ] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 06-09 [✓] Returned
[✓] Federal Tax Returns 06-09 [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting
[ ] Closed    [ ] Not Held    [✓] Continued 12/15/10 at 2:30 PM

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
    [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete    [ ] Missing
    [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing    [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
AVINADAB E COLON ABREU
ANA C VASQUEZ RAMIREZ

Case No. 10-10059-ESL
Chapter 13   Attorney Name: JAIME RODRIGUEZ-PEREZ

VI. Plan (Cont.)
Date: October, 27, 2010  Base $ 40,200.00  [X] Filed   Evidence of Pmt shown: _____
Payments _0_ made out of _1_ due.  [ ] Not Filed

VII. Confirmation Hearing Date: December, 29, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 500.00 = $ 2,500.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
[X] Assumption/Rejection executory contract Mr. Ventura Vargas / Dow Electronics
[ ] Appraisal

[ ] Amended S.O.F.A.
[ ] Amended plan
[ ] Business Documents
[ ] Monthly reports for the months

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other:

[✓] Public Liability Insurance
[✓] Premises
[ ] Vehicle(s)
[ ] Licenses issued by: Patente / Fire Department

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

COMMENTS

1) Debtor will Amend Schedule F to include new creditors. 2) Provide all business documents 3) Debtors to review evidence of income, v. SCMI + Schedule I. As per evidence of expense, business expenses were $2,080.15 4) Debtors will provide copy of contract with Dow Electronics.

Trustee/Presiding Officer    Date: November 30, 2010    (Rev.)