B6C (Official Form 6C) (04/10)

IN RE **COLON ABREU, AVINADAB E & VASQUEZ RAMIREZ, ANA C**    Case No. **10-10059-13**
Debtor(s)    (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **CHECKING ACCOUNT NUMBER XXXXX44719 IN DORAL BANK, ARECIBO BRANCH.** | **11 USC § 522(d)(5)** | **53.63** | **53.63** |
| **COMMERCIAL CHECKING ACCOUNT NUMBER XXXXX03832 IN DORAL BANK, ARECIBO BRANCH.** | **11 USC § 522(d)(5)** | **100.00** | **100.00** |
| **DINNING ROOM FURNITURES, TV, DVD, THREE BEDROOM FURNITURES, MICROWAVE, KITCHEN APPLIANCES, WASHER AND DRYER MACHINE.** <br> **LOCATED AT:** <br> **URB LAS VEREDAS** <br> **CALLE CEDROS F-18** <br> **CAMUY, PR** | **11 USC § 522(d)(3)** | **5,000.00** | **5,000.00** |
| **CLOTHES, SHOES AND ACCESORIES.** <br> **LOCATED AT:** <br> **URB LAS VEREDAS** <br> **CALLE CEDROS F-18** <br> **CAMUY, PR** | **11 USC § 522(d)(3)** | **400.00** | **400.00** |
| **WEDDING RING, EARINGS PIERCING, NECKLACE, WIRST WATCH.** <br> **LOCATED AT:** <br> **URB LAS VEREDAS** <br> **CALLE CEDROS F-18** <br> **CAMUY, PR** | **11 USC § 522(d)(4)** | **350.00** | **350.00** |
| **LCD----------------------------------$200.00** <br> **DESKTOP--------------------------$330.00** <br> **SOFA--------------------------------$400.00** <br> **2 LAPTOP--------------------------$800.00** <br> **3 PRINTER------------------------$300.00** <br> **6 CHAIRS--------------------------$200.00** <br> **WRITIN DESK-------------------$400.00** <br> **SMALL REFRIGERATOR----$100.00** <br> **MICROWAVE---------------------$50.00** <br> **LOCATED AT:** <br> **CARR # 2 KM 99.7** <br> **BO COCOS** <br> **QUEBRADILLAS, PR** | **11 USC § 522(d)(6)** | **2,780.00** | **2,780.00** |
| **10 BOXES** <br> **10 ANTENNA** <br> **LOCATED AT:** <br> **CARR # 2 KM 99.7** <br> **BO COCOS** <br> **QUEBRADILLAS, PR** | **11 USC § 522(d)(6)** | **800.00** | **800.00** |
| **ALUMINIUM STAIRS** <br> **24"-------------------------------$50.00** <br> **FIBERGLASS STAIRS** <br> **28"-------------------------------$45.00** <br> **ALUMINIUM STAIRS** <br> **6"---------------------------------$20.00** | **11 USC § 522(d)(6)** | **463.00** | **463.00** |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **COLON ABREU, AVINADAB E & VASQUEZ RAMIREZ, ANA C**   Case No. **10-10059-13**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SATELITE SIGNAL-----------------------------------$100.00 NUT SET---------------------------------------------$25.00 HAMMER (2)----------------------------------------$20.00 SMALL POLISHER-----------------------------------$35.00 CABLE PEELER---------------------------------------$10.00 WORK LAMP-------------------------------------------$25.00 PLIERS ADJUSTABLE-------------------------------$28.00 DRILL-----------------------------------------------------$60.00 EXTENSION LEAD-----------------------------------$45.00 LOCATED AT: CARR # 2 KM 99.7 BO COCOS QUEBRADILLAS, PR** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **COLON ABREU, AVINADAB E & VASQUEZ RAMIREZ, ANA C**           Case No. **10-10059-13**
                                        Debtor(s)                                                      (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**22**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 13, 2010**     Signature: */s/ AVINADAB E COLON ABREU*
                                **AVINADAB E COLON ABREU**                                         Debtor

Date: **December 13, 2010**     Signature: */s/ ANA C VASQUEZ RAMIREZ*
                                **ANA C VASQUEZ RAMIREZ**                               (Joint Debtor, if any)
                                                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                           _____
                                           (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# MASTER ADDRESS LIST

**COLON ABREU, AVINADAB E**
PO BOX 405
CAMUY, PR  00627

**ECONO SAN SEBASTIAN**
PO BOX 1624
ISABELA, PR  00662

**PERIODICO EL NORTE**
PO BOX 68
HATILLO, PR  00659

**VASQUEZ RAMIREZ, ANA C**
PO BOX 405
CAMUY, PR  00627

**EMPRESAS BERRIOS**
PO BOX 674
CIDRA, PR  00739

**PERIODICO EL VOCERO**
PO BOX 9067515
SAN JUAN, PR  00906-7515

Hatillo Law Office
PO Box 678
Hatillo, PR  00659-0678

**EMPRESAS CORDERO BADILLO**
APARTADO 458
CATANO, PR  00962

**PRIMERA HORA**
PO BOX 71471
SAN JUAN, PR  00936-1471

**ADT SECURITY SERVICES**
PO BOX 366758
SAN JUAN, PR  00936-6758

**EXPO DISPLAYS CARIBBEAN**
PO BOX 195457
SAN JUAN, PR  00919

**PUERTO RICO TELEPHONE**
PO BOX 70239
SAN JUAN, PR  00936-8239

**AT&T**
**BANKRUPTCY DEPARTMENT**
PO BOX 15067
SAN JUAN, PR  00902-8567

**FIRST BANK**
PO BOX 13817
SAN JUAN, PR  00908-3817

**RELIABLE FINANCIAL SERVICES**
PO BOX 21382
SAN JUAN, PR  00928-1382

**AUTORIDAD DE ENERGIA ELECTRICA**
PO BOX 363508
SAN JUAN, PR  00936-3508

**HATILLO KASH AND KARRY**
PO BOX 906
HATILLO, PR  00659

**SEROTA AVIS AND ASSOCIATES**
PO BOX 1008
ARLINGTON HEIGHTS, IL  60006

**BANCO BILBAO VIZCAYA**
PO BOX 364745
SAN JUAN, PR  00936-4745

**INTERNAL REVENUE SERVICE**
PO BOX 21126
PHILADELPHIA, PA  19114

**SPRINT**
PO BOX 105243
ATLANTA, GA  30348-5243

**CENTENNIAL**
PO BOX 71514
SAN JUAN, PR  00936-8614

**LCDO EDUARDO RIVERA**
URB VISTAS DE CAMUY
CALLE 6 G 3
CAMUY, PR  00627

**UNO RADIO GROUP**
GPO BOX 363222
SAN JUAN, PR  00936-3222

**CICA COLLECTION AGENCY**
PO BOX 12338
SAN JUAN, PR  00914-0338

**NCO FINANCIAL SYSTEMS OF PUERTO RICO**
PO BOX 192478
HATO REY, PR  00918

**VENTURA VARGAS RODRIGUEZ**
PO BOX 600
CAMUY, PR  00627

**DEPT DE HACIENDA**
**SECCION DE QUIEBRAS**
424-B PO BOX 9024140
SAN JUAN, PR  00902

**PAOS**
317 ROOSEVELT AVE
HATO REY, PR  00918