B6F (Official Form 6F) (12/07)

IN RE  COLON ABREU, AVINADAB E & VASQUEZ RAMIREZ, ANA C         Case No. **10-10059-13**
                              Debtor(s)                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3749**<br>**ADT SECURITY SERVICES**<br>**PO BOX 366758**<br>**SAN JUAN, PR  00936-6758** | | H | **UTILITIES** | | | | **2,308.00** |
| ACCOUNT NO.<br>**SEROTA AVIS AND ASSOCIATES**<br>**PO BOX 1008**<br>**ARLINGTON HEIGHTS, IL  60006** | | | **Assignee or other notification for:**<br>**ADT SECURITY SERVICES** | | | | |
| ACCOUNT NO. **1114**<br>**AT&T**<br>**BANKRUPTCY DEPARTMENT**<br>**PO BOX 15067**<br>**SAN JUAN, PR  00902-8567** | | H | **UTILITIES** | | | | **541.00** |
| ACCOUNT NO. **2966**<br>**AT&T**<br>**BANKRUPTCY DEPARTMENT**<br>**PO BOX 15067**<br>**SAN JUAN, PR  00902-8567** | | J | **UTILITIES** | | | | **298.57** |

_____**3** continuation sheets attached

Subtotal (Total of this page)  $  **3,147.57**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **COLON ABREU, AVINADAB E & VASQUEZ RAMIREZ, ANA C**  Case No. **10-10059-13**
                                   Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR / HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. **1202** <br> **AT&T** <br> **BANKRUPTCY DEPARTMENT** <br> **PO BOX 15067** <br> **SAN JUAN, PR 00902-8567** | W | UTILITIES | | 91.49 |
| ACCOUNT NO. **0026** <br> **AUTORIDAD DE ENERGIA ELECTRICA** <br> **PO BOX 363508** <br> **SAN JUAN, PR 00936-3508** | J | ELECTRIC SERVICE DEPOSIT | | 1,118.05 |
| ACCOUNT NO. **2001** <br> **CENTENNIAL** <br> **PO BOX 71514** <br> **SAN JUAN, PR 00936-8614** | H | UTILITIES | | 382.78 |
| ACCOUNT NO. **5001** <br> **CENTENNIAL** <br> **PO BOX 71514** <br> **SAN JUAN, PR 00936-8614** | W | UTILITIES | | 420.90 |
| ACCOUNT NO. **1114** <br> **ECONO SAN SEBASTIAN** <br> **PO BOX 1624** <br> **ISABELA, PR 00662** | H | CONSUMER DEBT | | 750.00 |
| ACCOUNT NO. **1102** <br> **EMPRESAS CORDERO BADILLO** <br> **APARTADO 458** <br> **CATANO, PR 00962** | H | COMSUMER DEBT | | 4,800.00 |
| ACCOUNT NO. **8078** <br> **EXPO DISPLAYS CARIBBEAN** <br> **PO BOX 195457** <br> **SAN JUAN, PR 00919** | J | CONSUMER DEBT | | 1,765.50 |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **9,328.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **COLON ABREU, AVINADAB E & VASQUEZ RAMIREZ, ANA C**　　Case No. **10-10059-13**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1114** <br> **HATILLO KASH AND KARRY** <br> **PO BOX 906** <br> **HATILLO, PR 00659** | | H | **CONSUMER DEBT** | | | | **632.00** |
| ACCOUNT NO. **7881** <br> **NCO FINANCIAL SYSTEMS OF PUERTO RICO** <br> **PO BOX 192478** <br> **HATO REY, PR 00918** | | H | **UTILITIES** | | | | **122.80** |
| ACCOUNT NO. **1114** <br> **PAOS** <br> **317 ROOSEVELT AVE** <br> **HATO REY, PR 00918** | | H | **CONSUMER DEBT** | | | | **2,500.00** |
| ACCOUNT NO. <br> **LCDO EDUARDO RIVERA** <br> **URB VISTAS DE CAMUY** <br> **CALLE 6 G 3** <br> **CAMUY, PR 00627** | | | **Assignee or other notification for:** <br> **PAOS** | | | | |
| ACCOUNT NO. **3963** <br> **PERIODICO EL NORTE** <br> **PO BOX 68** <br> **HATILLO, PR 00659** | | J | **PUBLICITY** | | | | **3,191.00** |
| ACCOUNT NO. **3262** <br> **PERIODICO EL VOCERO** <br> **PO BOX 9067515** <br> **SAN JUAN, PR 00906-7515** | | H | **PUBLICITY** | | | | **77,989.00** |
| ACCOUNT NO. **7209** <br> **PRIMERA HORA** <br> **PO BOX 71471** <br> **SAN JUAN, PR 00936-1471** | | H | **PUBLICITY** | | | | **2,225.00** |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **86,659.80**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **COLON ABREU, AVINADAB E & VASQUEZ RAMIREZ, ANA C**     Case No. **10-10059-13**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4904** <br> **PUERTO RICO TELEPHONE** <br> **PO BOX 70239** <br> **SAN JUAN, PR 00936-8239** | | W | UTILITIES | | | | **495.14** |
| ACCOUNT NO. <br> **CICA COLLECTION AGENCY** <br> **PO BOX 12338** <br> **SAN JUAN, PR 00914-0338** | | | **Assignee or other notification for:** <br> **PUERTO RICO TELEPHONE** | | | | |
| ACCOUNT NO. **3577** <br> **PUERTO RICO TELEPHONE** <br> **PO BOX 70239** <br> **SAN JUAN, PR 00936-8239** | | W | UTILITIES | | | | **726.59** |
| ACCOUNT NO. **1114** <br> **SPRINT** <br> **PO BOX 105243** <br> **ATLANTA, GA 30348-5243** | | H | UTILITIES | | | | **549.00** |
| ACCOUNT NO. **7965** <br> **UNO RADIO GROUP** <br> **GPO BOX 363222** <br> **SAN JUAN, PR 00936-3222** | | J | UTILITIES | | | | **15,000.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **16,770.73**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **115,906.82**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **COLON ABREU, AVINADAB E & VASQUEZ RAMIREZ, ANA C**                    Case No. **10-10059-13**
                                     Debtor(s)                                                                      (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**22**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 13, 2010**    Signature: **/s/ AVINADAB E COLON ABREU**
                                           **AVINADAB E COLON ABREU**                                         Debtor

Date: **December 13, 2010**    Signature: **/s/ ANA C VASQUEZ RAMIREZ**
                                           **ANA C VASQUEZ RAMIREZ**                                    (Joint Debtor, if any)
                                                                                     [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# MASTER ADDRESS LIST

**COLON ABREU, AVINADAB E**
PO BOX 405
CAMUY, PR  00627

**ECONO SAN SEBASTIAN**
PO BOX 1624
ISABELA, PR  00662

**PERIODICO EL NORTE**
PO BOX 68
HATILLO, PR  00659

**VASQUEZ RAMIREZ, ANA C**
PO BOX 405
CAMUY, PR  00627

**EMPRESAS BERRIOS**
PO BOX 674
CIDRA, PR  00739

**PERIODICO EL VOCERO**
PO BOX 9067515
SAN JUAN, PR  00906-7515

Hatillo Law Office
PO Box 678
Hatillo, PR  00659-0678

**EMPRESAS CORDERO BADILLO**
APARTADO 458
CATANO, PR  00962

**PRIMERA HORA**
PO BOX 71471
SAN JUAN, PR  00936-1471

**ADT SECURITY SERVICES**
PO BOX 366758
SAN JUAN, PR  00936-6758

**EXPO DISPLAYS CARIBBEAN**
PO BOX 195457
SAN JUAN, PR  00919

**PUERTO RICO TELEPHONE**
PO BOX 70239
SAN JUAN, PR  00936-8239

**AT&T**
**BANKRUPTCY DEPARTMENT**
PO BOX 15067
SAN JUAN, PR  00902-8567

**FIRST BANK**
PO BOX 13817
SAN JUAN, PR  00908-3817

**RELIABLE FINANCIAL SERVICES**
PO BOX 21382
SAN JUAN, PR  00928-1382

**AUTORIDAD DE ENERGIA ELECTRICA**
PO BOX 363508
SAN JUAN, PR  00936-3508

**HATILLO KASH AND KARRY**
PO BOX 906
HATILLO, PR  00659

**SEROTA AVIS AND ASSOCIATES**
PO BOX 1008
ARLINGTON HEIGHTS, IL  60006

**BANCO BILBAO VIZCAYA**
PO BOX 364745
SAN JUAN, PR  00936-4745

**INTERNAL REVENUE SERVICE**
PO BOX 21126
PHILADELPHIA, PA  19114

**SPRINT**
PO BOX 105243
ATLANTA, GA  30348-5243

**CENTENNIAL**
PO BOX 71514
SAN JUAN, PR  00936-8614

**LCDO EDUARDO RIVERA**
URB VISTAS DE CAMUY
CALLE 6 G 3
CAMUY, PR  00627

**UNO RADIO GROUP**
GPO BOX 363222
SAN JUAN, PR  00936-3222

**CICA COLLECTION AGENCY**
PO BOX 12338
SAN JUAN, PR  00914-0338

**NCO FINANCIAL SYSTEMS OF PUERTO RICO**
PO BOX 192478
HATO REY, PR  00918

**VENTURA VARGAS RODRIGUEZ**
PO BOX 600
CAMUY, PR  00627

**DEPT DE HACIENDA**
**SECCION DE QUIEBRAS**
424-B PO BOX 9024140
SAN JUAN, PR  00902

**PAOS**
317 ROOSEVELT AVE
HATO REY, PR  00918