UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:
AVINADAB E. COLON-ABREU
ANA C. VASQUEZ-RAMIREZ
Debtor (s)

CASE NO. 10-10059 (ESL)

CHAPTER 13

NOTICE OF CONTINUANCE OF MEETING OF CREDITORS

The Meeting of creditors in regards to the above captioned case has been re-scheduled to January 20, 2011 at 8:00 a.m. at the Ochoa building, Tanca St., 1st floor, Comercio Street entrance, Old San Juan, San Juan, PR 00901.

I HEREBY CERTIFY, that on this same date and by regular US Mail, copy of this Notice has been sent to: Mr. Alejandro Oliveras-Rivera, Esq., Chapter 13 Trustee through electronic ECF Filing System, e-mail address ecfmail@ch13-pr.com and to all interested parties stated on attached Master Address List.

Respectfully Submitted,

In Hatillo to San Juan, Puerto Rico this December 14, 2010.

*HATILLO LAW OFFICE, PSC*
Attorney for Debtor
PO Box 678
Hatillo, Puerto Rico 00659
Tel & Fax: (787) 262-4848

ELECTRONICALLY FILED
/S/ Jaime Rodríguez-Pérez, Esq.
USDC PR - 221011

# MASTER ADDRESS LIST

| | | |
|---|---|---|
| **COLON ABREU, AVINADAB E**<br>PO BOX 405<br>CAMUY, PR 00627 | **ECONO SAN SEBASTIAN**<br>PO BOX 1624<br>ISABELA, PR 00662 | **PERIODICO EL NORTE**<br>PO BOX 68<br>HATILLO, PR 00659 |
| **VASQUEZ RAMIREZ, ANA C**<br>PO BOX 405<br>CAMUY, PR 00627 | **EMPRESAS BERRIOS**<br>PO BOX 674<br>CIDRA, PR 00739 | **PERIODICO EL VOCERO**<br>PO BOX 9067515<br>SAN JUAN, PR 00906-7515 |
| Hatillo Law Office<br>PO Box 678<br>Hatillo, PR 00659-0678 | **EMPRESAS CORDERO BADILLO**<br>APARTADO 458<br>CATANO, PR 00962 | **PRIMERA HORA**<br>PO BOX 71471<br>SAN JUAN, PR 00936-1471 |
| **ADT SECURITY SERVICES**<br>PO BOX 366758<br>SAN JUAN, PR 00936-6758 | **EXPO DISPLAYS CARIBBEAN**<br>PO BOX 195457<br>SAN JUAN, PR 00919 | **PUERTO RICO TELEPHONE**<br>PO BOX 70239<br>SAN JUAN, PR 00936-8239 |
| **AT&T**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 | **FIRST BANK**<br>PO BOX 13817<br>SAN JUAN, PR 00908-3817 | **RELIABLE FINANCIAL SERVICES**<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| **AUTORIDAD DE ENERGIA ELECTRICA**<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | **HATILLO KASH AND KARRY**<br>PO BOX 906<br>HATILLO, PR 00659 | **SEROTA AVIS AND ASSOCIATES**<br>PO BOX 1008<br>ARLINGTON HEIGHTS, IL 60006 |
| **BANCO BILBAO VIZCAYA**<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | **INTERNAL REVENUE SERVICE**<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | **SPRINT**<br>PO BOX 105243<br>ATLANTA, GA 30348-5243 |
| **CENTENNIAL**<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 | **LCDO EDUARDO RIVERA**<br>URB VISTAS DE CAMUY<br>CALLE 6 G 3<br>CAMUY, PR 00627 | **UNO RADIO GROUP**<br>GPO BOX 363222<br>SAN JUAN, PR 00936-3222 |
| **CICA COLLECTION AGENCY**<br>PO BOX 12338<br>SAN JUAN, PR 00914-0338 | **NCO FINANCIAL SYSTEMS OF PUERTO RICO**<br>PO BOX 192478<br>HATO REY, PR 00918 | **VENTURA VARGAS RODRIGUEZ**<br>PO BOX 600<br>CAMUY, PR 00627 |
| **DEPT DE HACIENDA**<br>SECCION DE QUIEBRAS<br>424-B PO BOX 9024140<br>SAN JUAN, PR 00902 | **PAOS**<br>317 ROOSEVELT AVE<br>HATO REY, PR 00918 | |