UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE:<br>AVINADAB E. COLON-ABREU<br>ANA C. VASQUEZ-RAMIREZ | CASE NO: 10-10059 (ESL)<br><br>CHAPTER 13 |
|---|---|

MOTION REQUESTING CONTINUANCE OF CHAPTER 13 PLAN CONFIRMATION HEARING SCHEDULED FOR DECEMBER 29, 2010 AT 2:30 PM

TO THE HONORABLE COURT:

COMES NOW, debtor(s) through the undersigned attorney and to this Honorable Court respectfully states, alleges and prays as follows:

1. That this Honorable Court scheduled a confirmation hearing for chapter 13 plan for December 29, 2010 at 2:30 PM.

2. On December 14, 2010 chapter 13 standing trustee continuance meeting of creditors under 11 USC § 341hearing to January 20, 2011 at 8:00 AM.

3. The undersigned attorney Very Respectfully requests to continue confirmation hearing to any date after the meeting of creditors.

WHEREFORE, debtor(s) request very respectfully that this Honorable Court to continue confirmation hearing scheduled for December 29, 2010 at 2:30 PM.

I HEREBY CERTIFY that on this same date and by regular U.S. Mail, copy of this motion has been sent to Mr. Alejandro Oliveras-Rivera, Esq. Chapter 13 Trustee through electronic ECF Filing System and to all interested parties as per attached Master Address List.

RESPECTFULLY SUBMITTED

In Hatillo to San Juan, Puerto Rico, this December 15, 2010.

*HATILLO LAW OFFICE, PSC*
Attorney for Debtor
PO BOX 678
Hatillo, PR 00659
Tel/ Fax: (787) 262-4848
hatillolawoffice@yahoo.com

ELECTRONICALLY FILED
s/ Jaime Rodríguez-Perez
USDC PR 221011

# MASTER ADDRESS LIST

**COLON ABREU, AVINADAB E**
PO BOX 405
CAMUY, PR  00627

**ECONO SAN SEBASTIAN**
PO BOX 1624
ISABELA, PR  00662

**PERIODICO EL NORTE**
PO BOX 68
HATILLO, PR  00659

**VASQUEZ RAMIREZ, ANA C**
PO BOX 405
CAMUY, PR  00627

**EMPRESAS BERRIOS**
PO BOX 674
CIDRA, PR  00739

**PERIODICO EL VOCERO**
PO BOX 9067515
SAN JUAN, PR  00906-7515

Hatillo Law Office
PO Box 678
Hatillo, PR  00659-0678

**EMPRESAS CORDERO BADILLO**
APARTADO 458
CATANO, PR  00962

**PRIMERA HORA**
PO BOX 71471
SAN JUAN, PR  00936-1471

**ADT SECURITY SERVICES**
PO BOX 366758
SAN JUAN, PR  00936-6758

**EXPO DISPLAYS CARIBBEAN**
PO BOX 195457
SAN JUAN, PR  00919

**PUERTO RICO TELEPHONE**
PO BOX 70239
SAN JUAN, PR  00936-8239

**AT&T**
**BANKRUPTCY DEPARTMENT**
PO BOX 15067
SAN JUAN, PR  00902-8567

**FIRST BANK**
PO BOX 13817
SAN JUAN, PR  00908-3817

**RELIABLE FINANCIAL SERVICES**
PO BOX 21382
SAN JUAN, PR  00928-1382

**AUTORIDAD DE ENERGIA ELECTRICA**
PO BOX 363508
SAN JUAN, PR  00936-3508

**HATILLO KASH AND KARRY**
PO BOX 906
HATILLO, PR  00659

**SEROTA AVIS AND ASSOCIATES**
PO BOX 1008
ARLINGTON HEIGHTS, IL  60006

**BANCO BILBAO VIZCAYA**
PO BOX 364745
SAN JUAN, PR  00936-4745

**INTERNAL REVENUE SERVICE**
PO BOX 21126
PHILADELPHIA, PA  19114

**SPRINT**
PO BOX 105243
ATLANTA, GA  30348-5243

**CENTENNIAL**
PO BOX 71514
SAN JUAN, PR  00936-8614

**LCDO EDUARDO RIVERA**
URB VISTAS DE CAMUY
CALLE 6 G 3
CAMUY, PR  00627

**UNO RADIO GROUP**
GPO BOX 363222
SAN JUAN, PR  00936-3222

**CICA COLLECTION AGENCY**
PO BOX 12338
SAN JUAN, PR  00914-0338

**NCO FINANCIAL SYSTEMS OF PUERTO RICO**
PO BOX 192478
HATO REY, PR  00918

**VENTURA VARGAS RODRIGUEZ**
PO BOX 600
CAMUY, PR  00627

**DEPT DE HACIENDA**
**SECCION DE QUIEBRAS**
424-B PO BOX 9024140
SAN JUAN, PR  00902

**PAOS**
317 ROOSEVELT AVE
HATO REY, PR  00918