STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
AVINADAB E COLON ABREU
ANA C VASQUEZ RAMIREZ     Chapter 13

Case No. 10-10059-ESL
Attorney Name: HATILLO LAW OFFICE* JAIME RODRIG

## I. Appearances

Debtor    [ ] Present   [✓] Absent
Joint Debtor    [ ] Present   [✓] Absent
Attorney for Debtor    [✓] Present   [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: January 20, 2011
Time: 8:45 AM   Track: ____
[ ] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: _____
Creditors
Att. Sanchez - 1st Bank

## II. Oath Administered
[ ] Yes   [✓] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting
[ ] Closed    [ ] Not Held    [✓] Continued 2/4/11 at 1:00 pm

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

AVINADAB E COLON ABREU
ANA C VASQUEZ RAMIREZ   Chapter 13

Case No. 10-10059-ESL
Attorney Name: HATILLO LAW OFFICE* JAIME RODRIG

(Cont.)

### VI. Plan
Date: October, 27, 2010    Base $ 40,200.00    [X] Filed    Evidence of Pmt shown: _____
Payments _1_ made out of _2_ due.    [ ] Not Filed

### VII. Confirmation Hearing Date: December, 29, 2010

### VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 500.00 = $ 2,500.00

### IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
  [ ] Monthly reports for the months
_____

[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by:
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

### COMMENTS

① Counsel provided medical certificate for both debtors—They are absent. Last continuance.
② Pending to provide documents and amendments requested at prior 341 meeting.
③ 10 days to submit 3rd payment or Trustee will move for dismissal.

_____ [signature]
Trustee/Presiding Officer

Date: January 20, 2011
(Rev.