UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE:<br>AVINADAB E. COLON-ABREU<br>ANA C. VASQUEZ-RAMIREZ | CASE NO: 10-10059 (ESL)<br><br>CHAPTER 13 |
|---|---|

MOTION REQUESTING CONTINUANCE OF CHAPTER 13 PLAN CONFIRMATION HEARING SCHEDULED FOR JANUARY 26, 2010 AT 9:00 AM

TO THE HONORABLE COURT:

COMES NOW, debtor(s) through the undersigned attorney and to this Honorable Court respectfully states, alleges and prays as follows:

1. That this Honorable Court scheduled a confirmation hearing for chapter 13 plan for January 26, 2011 at 9:00 AM.

2. On January 15, 2011 chapter 13 standing trustee continuance meeting of creditors under 11 USC § 341hearing to February 4, 2011 at 1:00 PM.

3. The undersigned attorney Very Respectfully requests to continue confirmation hearing to any date after the meeting of creditors.

WHEREFORE, debtor(s) request very respectfully that this Honorable Court to continue confirmation hearing scheduled for January 26, 2011 at 9:00 AM.

I HEREBY CERTIFY that on this same date and by regular U.S. Mail, copy of this motion has been sent to Mr. Alejandro Oliveras-Rivera, Esq. Chapter 13 Trustee through electronic ECF Filing System and to all interested parties as per attached Master Address List.

RESPECTFULLY SUBMITTED

In Hatillo to San Juan, Puerto Rico, this January 24, 2011.

*HATILLO LAW OFFICE, PSC*
Attorney for Debtor
PO BOX 678
Hatillo, PR 00659
Tel/ Fax: (787) 262-4848
hatillolawoffice@yahoo.com

ELECTRONICALLY FILED
s/ Jaime Rodríguez-Perez
USDC PR 221011

# MASTER ADDRESS LIST

| | | |
|---|---|---|
| **COLON ABREU, AVINADAB E**<br>PO BOX 405<br>CAMUY, PR 00627 | **ECONO SAN SEBASTIAN**<br>PO BOX 1624<br>ISABELA, PR 00662 | **PERIODICO EL NORTE**<br>PO BOX 68<br>HATILLO, PR 00659 |
| **VASQUEZ RAMIREZ, ANA C**<br>PO BOX 405<br>CAMUY, PR 00627 | **EMPRESAS BERRIOS**<br>PO BOX 674<br>CIDRA, PR 00739 | **PERIODICO EL VOCERO**<br>PO BOX 9067515<br>SAN JUAN, PR 00906-7515 |
| Hatillo Law Office<br>PO Box 678<br>Hatillo, PR 00659-0678 | **EMPRESAS CORDERO BADILLO**<br>APARTADO 458<br>CATANO, PR 00962 | **PRIMERA HORA**<br>PO BOX 71471<br>SAN JUAN, PR 00936-1471 |
| **ADT SECURITY SERVICES**<br>PO BOX 366758<br>SAN JUAN, PR 00936-6758 | **EXPO DISPLAYS CARIBBEAN**<br>PO BOX 195457<br>SAN JUAN, PR 00919 | **PUERTO RICO TELEPHONE**<br>PO BOX 70239<br>SAN JUAN, PR 00936-8239 |
| **AT&T**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 | **FIRST BANK**<br>PO BOX 13817<br>SAN JUAN, PR 00908-3817 | **RELIABLE FINANCIAL SERVICES**<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| **AUTORIDAD DE ENERGIA ELECTRICA**<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | **HATILLO KASH AND KARRY**<br>PO BOX 906<br>HATILLO, PR 00659 | **SEROTA AVIS AND ASSOCIATES**<br>PO BOX 1008<br>ARLINGTON HEIGHTS, IL 60006 |
| **BANCO BILBAO VIZCAYA**<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | **INTERNAL REVENUE SERVICE**<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | **SPRINT**<br>PO BOX 105243<br>ATLANTA, GA 30348-5243 |
| **CENTENNIAL**<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 | **LCDO EDUARDO RIVERA**<br>URB VISTAS DE CAMUY<br>CALLE 6 G 3<br>CAMUY, PR 00627 | **UNO RADIO GROUP**<br>GPO BOX 363222<br>SAN JUAN, PR 00936-3222 |
| **CICA COLLECTION AGENCY**<br>PO BOX 12338<br>SAN JUAN, PR 00914-0338 | **NCO FINANCIAL SYSTEMS OF PUERTO RICO**<br>PO BOX 192478<br>HATO REY, PR 00918 | **VENTURA VARGAS RODRIGUEZ**<br>PO BOX 600<br>CAMUY, PR 00627 |
| **DEPT DE HACIENDA**<br>SECCION DE QUIEBRAS<br>424-B PO BOX 9024140<br>SAN JUAN, PR 00902 | **PAOS**<br>317 ROOSEVELT AVE<br>HATO REY, PR 00918 | |