STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
AVINADAB E COLON ABREU
ANA C VASQUEZ RAMIREZ       Chapter 13

Case No. 10-10059-ESL
Attorney Name: HATILLO LAW OFFICE* JAIME RODRIG

## I. Appearances

Debtor            [✓] Present  [ ] Absent
Joint Debtor      [✓] Present  [ ] Absent
Attorney for Debtor [✓] Present  [ ] Absent
[ ] Pro-se
[ ] Substitute  _Att. Rodriguez_

Date: February 04, 2011
Time: 2:05 pm   Track: _____
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: _____
Creditors
_Melchor - 1st Bank_

## II. Oath Administered
[ ] Yes   [✓] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued  3/10/11  at 2:30 pm

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
    [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete   [ ] Missing
    [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing   [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:
_____

In re:

AVINADAB E COLON ABREU  
ANA C VASQUEZ RAMIREZ     Chapter 13

Case No. 10-10059-ESL

Attorney Name: HATILLO LAW OFFICE* JAIME RODRIG

### VI. Plan (Cont.)
Date: October, 27, 2010   Base $ 40,200.00   [X] Filed   Evidence of Pmt shown: _____
Payments 2 made out of 3 due.   [ ] Not Filed   U.S.P.S. 35040 2/2/11 $670.00

### VII. Confirmation Hearing Date: December, 29, 2010

### VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $500.00 = $2,500.00

### IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____
_____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months
_____
_____
[ ] Public Liability Insurance
    [ ] Premises _____
    [ ] Vehicle(s) _____
[x] Licenses issued by:
   "Patente"

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

### COMMENTS

(1) Amend Q & S & operating reports filed recently, trustee was not able to review the same.

Trustee/Presiding Officer

Date: February 04, 2011
(Rev.)