STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

AVINADAB E COLON ABREU
ANA C VASQUEZ RAMIREZ                Chapter 13

Case No. 10-10059-ESL

Attorney Name: HATILLO LAW OFFICE* JAIME RODRIG

## I. Appearances

Debtor              [✓] Present   [ ] Absent
Joint Debtor        [✓] Present   [ ] Absent
Attorney for Debtor [✓] Present   [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: March 10, 2011
Time: 3:45    Track: R
[✓] This is debtor(s) [✓] Bankruptcy filing.
Liquidation Value: _____
Creditors
—none.

## II. Oath Administered
[✓] Yes      [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 06-09   [✓] Returned
[✓] Federal Tax Returns 06-09 [✓] Returned
[✓] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

AVINADAB E COLON ABREU  
ANA C VASQUEZ RAMIREZ

Case No. 10-10059-ESL

Chapter 13    Attorney Name: HATILLO LAW OFFICE* JAIME RODRIG

### VI. Plan (Cont.)

Date: October, 27, 2010   Base $ 40,200.00   [X] Filed   Evidence of Pmt shown: _____

Payments _3_ made out of _4_ due.   [ ] Not Filed

### VII. Confirmation Hearing Date: December, 29, 2010

### VIII. Attorney's fees as per R. 2016(b)

$3,000.00 - $ 500.00  = $ 2,500.00

### IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor   [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months

[ ] Public Liability Insurance
   [ ] Premises_____
   [ ] Vehicle(s)_____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

**COMMENTS**

1. Electricity $190; To include gas $95 every 4 months. Water $40; To include expenses of new employee for DSN installation.

_____
Trustee/Presiding Officer

Date: March 10, 2011
(Rev.)