**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE<br><br>AVINADAB E COLON ABREU<br>ANA CATALINA VAZQUEZ RAMIREZ<br><br>DEBTOR(S)<br><br>RELIABLE FINANCIAL SERVICES, INC.<br>      MOVANT<br>        VS<br>AVINADAB E COLON ABREU<br>ANA CATALINA VAZQUEZ RAMIREZ<br><br>ALEJANDRO OLIVERAS<br>CHAPTER 13 TRUSTEE<br>RESPONDENT(S) | CASE NO. 10-10059-ESL<br><br>CHAPTER: 13 |

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

Comes now, RELIABLE FINANCIAL SERVICES, holder of a secured claim and Creditor herein and shows the Honorable Court as follows:

1. The undersigned certifies that on MARCH 17, 2011, copy of the Notice on Motion for Relief of Automatic Stay in accordance to 11 U.S.C. Section 362 (d) filed on MARCH 16, 2011 has been sent by regular mail to Debtor(s): AVINADAB E COLON ABREU, PO BOX 405 CAMUY, PR 00627. The Trustee and Debtor(s) Attorney received the aforementioned Notice electronically from the court through the CM/ECF System.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/EF System which will send notification of such filing to the Trustee: **ALEJANDRO OLIVERAS** and Debtor(s) Attorney: **JAIME RODRIGUEZ PEREZ,** and that a true and exact copy of this Certificate of Service has been sent by regular mail to Debtor(s): **AVINADAB E COLON ABREU, ANA CATALINA VAZQUEZ RAMIREZ, PO BOX 405 CAMUY, PR 00627**.

RESPECTFULLY SUBMITTTED.

In San Juan, Puerto Rico this   MARCH 17, 2011.

**/S/ CARLOS E. PEREZ PASTRANA**
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

QUR362CS.RDF