UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-10059-ESL |
|---|---|
| AVINADAB E COLON ABREU<br>ANA CATALINA VAZQUEZ RAMIREZ | CHAPTER 13 |
| RELIABLE FINANCIAL SERVICES, INC.<br>MOVANT<br>VS<br>AVINADAB E COLON ABREU<br>ANA CATALINA VAZQUEZ RAMIREZ<br><br>ALEJANDRO OLIVERAS,<br>CHAPTER 13 TRUSTEE<br>RESPONDENT(S) | |

### NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC §362

To the above named respondent(s): **AVINADAB E COLON ABREU, ANA CATALINA VAZQUEZ RAMIREZ, ALEJANDRO OLIVERAS, CHAPTER 13 TRUSTEE**

You are hereby notified that on MAR 16 2011 the above movant(s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. §362.

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but not later than five (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorneys **Carlos E. Pérez Pastrana, whose address is P.O Box 21382, San Juan, PR 00928-1382.**

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then APR 12 2011 at 9:00 a.m./p.m. at the **United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur St., 2ND Floor, Courtroom 2, Old San Juan, PR,** is fixed as the time and place for the hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
UNITED STATES BANKRUPTCY COURT

BY: _____
Deputy Clerk

MAR 17 2011
Date of Issuance: _____